IN THE SUPREME COURT OF TEXAS

 No. 10-0136

 IN RE C.B.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's third motion for emergency stay, filed June 28, 2010,
is granted. The trial court order signed June 22, 2010, and the upcoming
trial in Cause No. 08-17783-S, styled In the Interest of Baby of C.B. and
A.M., a minor child, in the 255th District Court of Dallas County, Texas,
are stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this June 29, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk